

**ORDERED in the Southern District of Florida on February 9, 2021.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:
Ernesto Sanchez

    Debtor.          /

CHAPTER 13
CASE NO.: 20-18418-PDR

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND AUTHORIZE DISBURSEMENT TO TRUSTEE AND DEBTOR'S LITIGATION COUNSEL [DE#31]

THIS CAUSE came on to be heard without objection on the Court's chapter 13 consent calendar on February 1, 2021 at 1:00 p.m. upon the Debtor's Motion to Approve Settlement and Authorize Disbursement to Trustee and Debtor's Litigation Counsel [herein "Motion"; DE #31] and based upon the record and no creditor or other party in interest having objected to approval of the parties proposed settlement, it is

ORDERED as follows:

1. The Motion is GRANTED.
2. The Settlement is Approved.
3. Church World Service, Inc. shall disburse $18,617.39 to Debtor's litigation counsel, Monica Espino, Esq., Espino Law, PL, 2655 S. Le Jeune Road, Ste. 802, Coral Gables,

FL 33134, and shall deliver this $18,617.39 payment to Espino Law, PL within 30 days of the date that Debtor serves this order on counsel for Church World Service, Inc.

4. Church World Service, Inc. shall disburse the Net Settlement Amount of $12,857.61 via a check made payable to the Debtor's Bankruptcy Counsel's trust account and shall deliver this $12,857.61 payment to Robert Sanchez, P.A. Trust Account, 355 West 49th Street, Hialeah, FL 33012, within 30 days of the date that Debtor serves this order on counsel for Church World Service, Inc.

5. Debtor's Bankruptcy Counsel shall retain $525.00 from the $12,857.61 for the expense incurred in the filing and prosecution of the Motion. The Debtor's Bankruptcy Counsel shall remit the remaining $12,332.61 to Robin Weiner, Chapter 13 Trustee, PO Box 2258, Memphis, TN 38101-2258 within 30 days upon receipt of the funds, for distribution for the benefit of the Debtor's allowed unsecured creditors.

6. Upon Church World Service, Inc.'s delivery of the two payments set forth in paragraphs 3 and 4 above, a total settlement payment of $31,475.00, the claim against Church World Service, Inc. listed in Item 33 of the Debtor's Amended Schedules shall be fully satisfied and Church World Service, Inc. is released from all liability on any claim against Church World Service, Inc. held by the Debtor and his bankruptcy estate, the Trustee, any successor Chapter 7 or 11 trustee, and/or Sanchez's Chapter 13 bankruptcy estate.

###

Attorney, Robert Sanchez, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.

Respectfully Submitted By:

Robert Sanchez, Esq. FBN: 0442161
Attorney for Debtor
ROBERT SANCHEZ, P.A.
355 W 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008